IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MELISSA RAMSEY, individually and o/b/o similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) H&R BLOCK INC., et al., ) ) Defendants. ) | Case No. 18-00933-CV-W-ODS |

ORDER DISMISSING PLAINTIFF'S CLAIMS WITHOUT PREJUDICE

Today, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice. Doc. #64. Pursuant to Plaintiff's filing and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendants are dismissed without prejudice.

IT IS SO ORDERED.

DATE: April 3, 2020

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT